AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____


LUIS MIRANDA,

          Plaintiff,

  V.

KRAGEN AUTO PARTS,

        Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER**: 3:10-CV-578-RCJ-VPC**


\_\_   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.


     **IT IS ORDERED AND ADJUDGED** that Kragen's Motion to Dismiss [3] is GRANTED in its entirety without leave to amend.


  July 5, 2011_____
      Date

         **LANCE S. WILSON**
           Clerk

        /s/   M. Campbell_____
          Deputy Clerk